JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WALKER,<br><br>       Plaintiff,<br><br>    v.<br><br>BLUEBIRD REAL ESTATE LLC, a California Limited Liability Company; and DOES 1-10,<br><br>       Defendants. | Case No.: CV 21-241-GW-JEMx<br><br>*Hon. George H. Wu*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: January 11, 2021<br>Trial Date: Not on Calendar |

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Phillip Walker's action against Defendant Bluebird Real Estate LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: February 18, 2021

*[signature]*

Hon. George H. Wu
United States District Judge